STATE OF CONNECTICUT *v.* VINCENT COLLINS

The state's petition for certification for appeal from the Appellate Court, 10 Conn. App. 659, is granted, with limitation.

*Christopher Malany,* deputy assistant state's attorney, in support of the petition.

*Martin Zeldis,* assistant public defender, in opposition.

Decided June 18, 1987

STATE OF CONNECTICUT *v.* SYDNEY WYLIE

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 683, is denied.

*Elizabeth M. Inkster,* assistant public defender, and *Joette Katz,* public defender, in support of the petition.

*Susann E. Gill,* deputy assistant state's attorney, in opposition.

Decided June 18, 1987

STATE OF CONNECTICUT *v.* KEVIN T. ROBINSON

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 520, is denied.

*John R. Williams,* in support of the petition.

*Marcia B. Smith,* assistant state's attorney, in opposition.

Decided June 25, 1987